AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Jose Baudelio Gastelum, JR

CASE NUMBER: 07CR3318JLS

I, Jose Baudelio Gastelum, JR, the above named defendant, who is accused of

Importation of Marijuana, Title 21 USC Sec 952, 960

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/18/07 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
DEC 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X Jose B. Gastelum
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*