PS 8
(8/88)



# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. GASTELUM, JOSE BAUDLIO                Docket No. 07CR3318JLS-001

### Petition for Action on Conditions of Pretrial Release

Comes now Arturo Montano Pretrial Services Officer presenting an official report upon the conduct of defendant Jose Baudlio Gastelum who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 19th day of November, 2007, under the following conditions:

**General Conditions:** Not commit a federal, state, or local crime during the period of release and make all court appearances.

**Special Conditions:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant's substance abuse history was unknown at the time bail was set. In a subsequent interview with Pretrial Services, the defendant admitted using cocaine two days prior to his arrest and marijuana three years prior to his arrest. The defendant, surety, and defense counsel have no opposition to this modification.

PRAYING THAT THE COURT WILL MODIFY THE EXISTING CONDITIONS OF RELEASE AND ORDER THE DEFENDANT TO SUBMIT TO TREATMENT AND TESTING AS SPECIFIED BY PRETRIAL SERVICES FOR DRUGS OR ALCOHOL ABUSE.

ORDER OF COURT

Considered and ordered this 7th day of January, 2008 and ordered filed and made a part of the records in the above case.

Peter C. Lewis, U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 7, 2008

Respectfully,

Arturo Montano, U.S. Pretrial Services Officer

Place    El Centro, California

Date    January 7, 2008