**FILED**
FEB 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE BAUDLIO GASTELUM JR.,<br><br>Defendant. | Criminal Case No. 07CR3318JLS<br><br>I N F O R M A T I O N<br>(Superseding)<br><br>Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Marijuana |

The United States Attorney charges:

On or about November 17, 2007, within the Southern District of California, defendant JOSE BAUDLIO GASTELUM JR., did knowingly and intentionally conspire with other persons to import approximately 36.06 kilograms (approximately 79.50 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.       DATED: 2/5/08            .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
1/15/08