AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE BAUDLIO GASTELUM JR. | CASE NUMBER: 07CR3318JLS |

I, JOSE BAUDLIO GASTELUM JR., the above-named defendant, who is accused of committing the following offense:

Conspiracy to Import Marijuana, in violation of Title 21, United States Code, Sections 952, 960 and 963 (Felony).

Being advised of the nature of the charge, the proposed **superseding** information, and of my rights, hereby waive in open court on ___2/5/08___ prosecution by indictment and consent that the procceding may be by **superseding** information rather than by indictment.

*Jose B. Gastelum*
Defendant

*[signature]*
Defense Counsel

Before *[signature]*
Judicial Officer

FILED
FEB 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY