PS 8C
(05/08)

June 10, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Petition for Summons for Defendant on Pretrial Release



**Name of Defendant:** Jose Baudlio Gastelum Jr. (English)         **Dkt No.:** 07CR3318JLS-001

**Reg. No.:** 05719-298

**Name of Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Next Court Dates:** June 19, 2008, for preliminary hearing before the Honorable Peter C. Lewis, U.S. Magistrate Judge and on July 11, 2008, for status hearing regarding new charges and sentencing before the Honorable Janis L. Sammartino, U.S. District Judge

**Charged Offense:** 21 U.S.C. 952 & 960-Importation of 28.82 Kilograms of Marijuana

**Date Conditions Ordered:** November 19, 2007, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Conditions of Release:** Not commit a federal, state, or local crime during the period of release; make all court appearances; restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

**Modification:** On January 7, 2008, the Court modified the existing conditions of release and ordered the defendant to submit to treatment and testing as specified by Pretrial Services for drug or alcohol abuse.

**Date Released on Bond:** December 5, 2007

**Asst. U.S. Atty.:** Charlotte E. Kaiser         **Defense Counsel:** Robert H. Rexrode III (Appointed)
(619) 557-7031                                                   (619) 233-3169

**Prior Violation History:** None

PS 8C
(05/08)

Name of Defendant: Jose Baudlio Gastelum Jr.                           June 10, 2008
Docket No.: 07CR3318JLS-001

## PETITIONING THE COURT

### TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATION

The Pretrial Services officer believes the defendant has violated the following conditions of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Standard/Special Condition)**<br>Not commit a federal, state, or local crime during the period of release. | 1. On June 5, 2008, the defendant violated federal law by transporting illegal aliens, in violation of Title 8, U.S.C. Section 1324(a)(1)(A)(ii), as evidenced by complaint number 08MJ8509, filed at the U.S. District Court Southern District of California (El Centro). |

***Grounds for Revocation:*** I have received and reviewed criminal complaint number 08MJ8509 filed against the defendant at the U.S. District Court in the Southern District of California (El Centro) which confirms the defendant violated federal law by transporting illegal aliens.

The complaint states that on June 5, 2008, U.S. Border Patrol received information from security at the Calexico, California, East Port of Entry advising there was a white sedan with Baja California Mexico registration plates which loaded suspected illegal aliens. U.S. Border Patrol followed the sedan and agents could see there were several occupants in the vehicle including the defendant, Jose Baudlio Gastelum. U.S. Border Patrol attempted to stop the vehicle driven by Gastelum while using their emergency lights and sirens. Gastelum failed to yield and agents were able to successfully deploy a controlled tire deflation device (CTDD) on the vehicle, but not before Gastelum made several evasive maneuvers in an attempt to avoid the CTDD. Gastelum made several more abrupt and dangerous turns and finally stopped and exited the vehicle. U.S. Border Patrol saw Gastelum exit the vehicle from the driver's door and run. Gastelum was the only one who ran and the other occupants stayed inside of the vehicle. After a short foot chase, U.S. Border Patrol apprehended Gastelum.

U.S. Border Patrol encountered the individuals inside the vehicle. The occupants inside the vehicle were questioned and it was determined by U.S. Border Patrol they were citizens of Mexico illegally in the United States. Gastelum and the other six undocumented aliens were placed under arrest.

Name of Defendant: Jose Baudlio Gastelum Jr.                                June 10, 2008
Docket No.: 07CR3318JLS-001

On June 6, 2008, the defendant appeared before U.S. Magistrate Judge Peter C. Lewis and was arraigned on the complaint (#08MJ8509). At this hearing, the government motioned for detention and the Court ordered the defendant detained without bail. The Court further set a preliminary hearing for June 19, 2008, at 1:30 p.m.

In addition, on June 6, 2008, the defendant failed to appear for sentencing before U.S. District Judge Janis L. Sammartino as he was in custody in El Centro, California, for the above noted case (#08MJ8509). The government's oral motion to issue a no bail warrant and forfeit bail was granted. The Court further set a status hearing regarding new charges and sentencing for July 11, 2008, at 9:00 a.m.

### SUPERVISION ADJUSTMENT

Mr. Gastelum commenced pretrial release on December 5, 2007. Criminal computerized record checks reveal no violations. During the defendant's term of pretrial release, he held jobs as a field laborer and as a landscaper. However, prior to his arrest, the defendant was unemployed and not attending school. Mr. Gastelum reported as directed while on bail and maintained a respectful demeanor. However, as the defendant was arrested for transporting illegal aliens while on bond, his supervision adjustment is considered very poor.

### RECOMMENDATION/JUSTIFICATION

Mr. Gastelum's behavior demonstrates his failure to take supervision seriously and his blatant disregard towards the judicial system. It appears the defendant has taken advantage of the Courts generosity and his conduct has placed his life and the life of others in danger. In light of this information, Pretrial Services recommends your Honor summon the defendant to appear in Court and address the allegation on June 19, 2008, at 1:30 p.m.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** June 10, 2008

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____
Arturo Montaño
U.S. Pretrial Services Officer
(760) 335-3436
Place: El Centro, California

Reviewed and approved:

_____
Carlos Gutierrez
Supervising U.S. Pretrial Services Officer

PS 8C
(05/08)

Name of Defendant: Jose Baudlio Gastelum Jr.  June 10, 2008
Docket No.: 07CR3318JLS-001

## THE COURT ORDERS:

__✓__ AGREE, cite the defendant to appear on June 19, 2008, at 1:30 p.m.  (↙ in custody
on new case)

_____ Other _____

_____

_____

_____     6-10-08
Peter C. Lewis                       Date
U.S. Magistrate Judge