AO 442

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

JOSE BAUDLIO GASTELUM, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 2007CR3318-JLS

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JOSE BAUDLIO GASTELUM, JR._____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [X] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

FAILURE TO APPEAR FOR SENTENCE BEFORE THE HONORABLE JANIS L. SAMMARTINO ON JUNE 6, 2008 (STATUS HEARING RE NEW CHARGES SET FOR JULY 11, 2008 AT 9:00 AM BEFORE THE HONORABLE JANIS L. SAMMARTINO).

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk
Title of Issuing Officer

JUNE 6, 2008
Date and Location

Signature of Deputy

Bail fixed at $ _____NO BAIL_____ by _____The Honorable JANIS L. SAMMARTINO_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |